

IN THE
TENTH COURT OF APPEALS

_____

No. 10-22-00049-CV

IN RE DANNY WAYNE ALCOSER, SR.

_____

Original Proceeding

From the 414th District Court
McLennan County, Texas
Trial Court No. 2017-3650-5

## MEMORANDUM  OPINION

Relator's Petition for Writ of Mandamus filed on February 17, 2022 is denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
Petition denied
Opinion delivered and filed April 13, 2022
Do not publish
[OT06]

